UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MARSHALL, et al.,<br><br>        Defendants. | CASE NO. WD CV 07-0864-JHN (PJW)<br><br>J U D G M E N T |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

DATED: September 17, 2010.

                                                  JACQUELINE H. NGUYEN
                                                UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\SMITH, B 864\judgmemt.wpd