UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERNARD LEE SMITH, | ) CASE NO. CV 07-864-MWF (PJW) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: May 29, 2013.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\SMITH 864\Order accep r&r2.wpd