UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE SMITH, | ) Case No. CV 07-864-MWF (PJW) |
|     Plaintiff, | ) |
|     v. | ) JUDGMENT |
| JOHN MARSHALL, | ) |
|     Defendant. | ) |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 29, 2013.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\SMITH 864\Judgment.wpd